IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
OCT 1 2001
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GARY AKBAR PAIGE, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CV-98-PT-0020-E |
| | ) |
| JERRY STUDDARD and MARCUS GOVER, | )<br>) |
| Defendants. | )<br>) |

ENTERED
OCT 1 200?

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 13, 2001, recommending that the defendants' motion for summary judgment be granted, that plaintiff's motion for summary judgment be denied and that this cause be dismissed with prejudice. No objections have been filed by any party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment

---

[1] The court notes that the copy of the report and recommendation entered in this action mailed to plaintiff at the address provided by him was returned to the court by the United States Postal Service as undeliverable. A court employee contacted the Alabama Department of Corrections to obtain a current address for plaintiff and was informed that plaintiff was released from the custody of the Alabama Department of Corrections (released on parole) on May 29, 2001. The court employee was informed that there is no forwarding address for plaintiff on record with the Alabama Department of Corrections.

is due to be GRANTED, plaintiff's motion for summary judgment is due to be DENIED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 18th day of Sept., 2001.

*Robert B. Propst*
ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE